1  BRENDA H. ENTZMINGER
   Nevada Bar No. 9800
2  CHRISTOPHER W. TINSMAN
   Nevada Bar No. 12875
3  **PHILLIPS, SPALLAS & ANGSTADT LLC**
4  504 South Ninth Street
   Las Vegas, Nevada 89101
5  (702) 938-1510

6  *Attorneys for Defendant*
7  *Wal-Mart Stores, Inc.*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| SELENA THOMAS, individually, | Case No.: 2:15-cv-01117-MMD-PAL |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| WAL MART STORES, INC; DOE EMPLOYEE; DOES 1-20; ROE CORPOERATIONS 1-20; inclusive, | |
| Defendants. | |

IT IS HEREBY STIPULATED AND AGREED, by the parties hereto, through their respective counsel of record, that the above-captioned matter be dismissed with prejudice, each party to bear that

//
//
//
//
//
//
//
//
//

- 1 -

party's own costs and attorney's fees.

DATED this 13 day of April, 2016.　　　　DATED this 22nd day of April, 2016.

**CLOWARD HICKS & BRASIER, PLLC**　　　**PHILLIPS, SPALLAS & ANGSTADT**

NV Bar No. 11403 for

Jonathan R. Hicks, Esq.　　　　　　　　　Christopher Tinsman, Esq.
4101 Meadows Lane, Suite 210　　　　　　504 South Ninth Street
Las Vegas, Nevada 89107　　　　　　　　Las Vegas, Nevada 89101
*Attorneys for Plaintiff*　　　　　　　　　　*Attorneys for Defendant*
*Selena Thomas*　　　　　　　　　　　　*Wal-Mart Stores, Inc.*

## ORDER

PURSUANT TO THE STIPULATION OF THE PARTIES, through their respective counsel, it is hereby:

ORDERED, ADJUDGED, AND DECREED, that the above-captioned matter be dismissed, with prejudice, each party to bear that party's own costs and attorney's fees.

DATED this 25th day of April, 2016.

**UNITED STATES DISTRICT JUDGE**